ACCEPTED
12-14-00328-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 6:41:17 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/29/2015 6:41:17 PM

CATHY S. LUSK
Clerk

June 29, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Dennis Lynch**
**12-14-00328-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Postmark Here

JUN 26 2015

CALISTA - TYLER TX

USPS 75701

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street & Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, July 2014        See Reverse for Instructions

Dennis Lynch
Inmate 01466520 - Gurney Unit
1385 FM 3328 Palestine TX 75803

7014 3490 0000 4099 5429

June 25, 2015

Dennis Lynch
Inmate 01965770
Gurney Unit
1385 FM 3328
Tennessee Colony, TX 75803

**Re: Opinion**

Mr. Lynch:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson